ALTON T. MANNING, Appellant, v. HARRISON L. CHAPIN, Doing Business under the Assumed Name of PRECISE MANUFACTURING COMPANY, Respondent.— Judgment reversed on the law and a new trial granted, with costs to appellant to

abide the event on the ground that upon the record presented, negligence and contributory negligence were questions of fact. (Labor Law, § 79, subd. 4; ▉ Id. § 2, subd. 9; ▉ Tousey v. Roberts, 114 N. Y. 312; Whitehouse v. Single, 217 App. Div. 204.) All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Ada Wheeler, Respondent, v. International Railway Company, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.